# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW LINDSTROM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEVADA STATE MILITIA (NEVADA NATIONAL GUARD),<br><br>　　　　　　Defendant. | Case No. 3:24-cv-00152-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 38 |

Before the court is Plaintiff's document entitled "Amendment to Complaint" (ECF No. 38). Defendant filed a response (ECF No. 39).

Plaintiff's "Amendment to Complaint" document is considered to be a fugitive document because it is not an amended complaint. The document fails to set forth a short and plain statement of the grounds for jurisdiction, a short and plain statement showing Plaintiff is entitled to relief, and a demand for the relief sought. *See* Fed. R. Civ. P. 8(a)(1)-(3). Nor does the document constitute a motion for leave to amend the complaint (with proposed amended complaint attached). *See* LR 15-1.

The court has inherent authority to strike fugitive documents from the record. *See Mazzeo v. Gibbons*, No. 2:08-cv-01387-RLH-PAL, 2010 WL 3910072, at *3 (D. Nev. Sept. 30, 2010).

**IT IS HEREBY ORDERED** that Plaintiff's Amendment to Complaint (ECF No. 38) shall be **STRICKEN**.

DATED: December 6, 2024.

_____
Craig S. Denney
United States Magistrate Judge