UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW LINDSTROM,<br><br>                          Plaintiff,<br><br>     v.<br><br>NEVADA STATE MILITIA (NEVADA NATIONAL GUARD),<br><br>                          Defendant. | Case No. 3:24-cv-00152-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 105 |

Before the court is Defendant's Motion for Extension of Time to Complete Production of Documents and Extension of the Remaining Merits Briefs. (ECF No. 105.) Plaintiff has opposed the motion (ECF No. 106) and Defendant replied (ECF No. 108).

Good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to Complete Production of Documents (ECF No. 105) is **<u>GRANTED</u>** to the extent that Defendant shall have to and including **August 8, 2025**, in which to supplement its discovery production.

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **September 8, 2025**, in which to supplement his motion for summary judgment (ECF No. 94).

**IT IS FUTHER ORDERED** that Defendant shall have to and including **October 8, 2025**, in which to file its combined opposition/motion for summary judgment.

**IT IS FUTHER ORDERED** that Plaintiff shall have to and including **October 29, 2025**, in which to file his combined opposition/reply.

      **IT IS FUTHER ORDERED** that Defendant shall have to and including **November 19, 2025**, in which to file its reply.

      DATED: July 17, 2025.

                                          _____
                                          Craig S. Denney
                                          United States Magistrate Judge