**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Andrew Lindstrom,<br><br>   Plaintiff,<br><br> v.<br><br>Nevada State Militia (Nevada National Guard),<br><br>   Defendant. | Case No. 3:24-cv-00152-ART-CSD<br><br>**ORDER GRANTING**<br><br>**Stipulation for Extension of the Remaining Merits Briefs Schedule**<br><br>**(Fourth Request)** |

Pursuant to FRCP 6(b)(1)(A), LR IA 6-1, and LR 26-3, *pro se* Plaintiff Andrew Lindstrom ("Plaintiff") and Federal Defendant the Nevada National Guard ("the Guard") request and stipulate to extending the merits briefing deadlines set forth in this Court's Minute Order (ECF No. 119) as follows:

| Scheduled Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Federal Defendant's Combined Opposition/Motion for Summary Judgment | 12/15/2025 | **12/22/2025** |
| Plaintiff's Combined Opposition/Reply | 1/5/2026 | **1/20/2026** |
| Federal Defendant's Reply | 1/26/2025 | **1/27/2026** |

The standard for extending time is good cause. *See* FRCP 6(b)(1)(A). The undersigned will be on pre-approved leave from December 11-12, 2025, and the current deadline for filing the Guard's opposition/motion for summary judgment is due on December 15, 2025. Accordingly, the Guard has good cause to request this one-week

extension to file its opposition/motion for summary judgment.  This is the Guard's fourth extension request. This request is filed in good faith and not for purposes of undue delay.

      Respectfully submitted this 3rd day of December 2025.

| | |
|---|---|
| */s/ Andrew Lindstrom* <br> Andrew Lindstrom <br> 449 Sheep Camp Dr. <br> Dayton, Nevada 89403 <br> kxlindstrom@gmail.com <br><br> *Pro se Plaintiff* | TODD BLANCHE <br> Deputy U.S. Attorney General <br> SIGAL CHATTAH <br> First Assistant United States Attorney <br><br> */s/ Nicole R. Leibow* <br> NICOLE R. LEIBOW <br> Assistant United States Attorney |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: <u>December 4, 2025</u>